United States v. David Calderin-Pascual. At this time, would counsel for the appellant please come to the podium and introduce himself on the record to begin. Good morning, your honors. George Pals on behalf of the appellant who was a third-party petitioner in the district court. He is here for one issue only. He's a commercial fisherman and it's a straightforward due process case. Counsel, let me ask you at the beginning. Do you concede your client did not comply with the Jones Act English language requirement? Because the documents that were presented to the district court were all in Spanish. Judge, that's such a red herring. Well, first of all, if there was a defect, is it not curable? I mean, we are in Puerto Rico. These are the documents that come from... I know we're in Puerto Rico. I speak Spanish. People speak Spanish, but when I was a district court judge, I relied on Spanish documents one time. I got reversed. There's a long series of precedents. The judge speaks Spanish. The prosecutor spoke Spanish. You can't use it in the federal court under the rules. You just can't. Okay. But even the government used the same numero de registración in the district court. He wants his vote back. I don't know if it was you or some other attorney, but somebody appeared filing motions at the district level also. No. What happened was there's an administrative process and he did the administrative process. You know, I'm sorry. I don't think I reserved, but I'd like to reserve three minutes. You can have two. Two. Okay. There was an administrative process with the DEA and I assisted him. I'm from Miami. I took care of the administration. I assisted him. I'm not a member of the district court here. I assisted him in preparing the paperwork. When they did not do anything in the case, absolutely nothing, 90 days or so, he filed on his own here and you can see the petition is, you know, notarized by someone locally and it's sworn to oath that he was the owner of the vote. Nobody came forward for this vote in four years. All the defendants have... In addition to the merits of the question, the merits of the district court's ruling, you separately contest the decision to dismiss without permitting an opportunity to amend, correct? Which both the government and I agreed on, both of us. So, I mean, why would there not be an opportunity to amend, especially when it was filed pro se? And you requested it? I requested it in the response to the motion to dismiss. The government put it in their motion to dismiss that, you know, hey, this probably should just give them an opportunity to amend. And then the judge just enters this order that doesn't even make sense and names other people, Mrs. Perez and, I mean, it's just... Did you seek a motion to reconsider? No, I did not. I filed an appeal because it was, you know, we're, you know, it's just... I mean, this commercial fisherman has been... I mean, it's not even an expensive boat. It's like a 25-foot, 30-year-old boat. And it's gotten personal. You know, it's like, you know, he came from Cuba. You know, you don't... That's where they take your property. They don't give you any way to get it back. They don't give you any reason. There's nothing... There is not one... He's not a criminal defendant. There's not one allegation in this record that he did anything wrong, ever. Why would... I mean, I would ask the court to ask the government, where in the record did he do anything wrong? You know, he's just trying to get his boat back. I mean, it's just... It's really kind of elemental. And we have Section O of 853 that says, hey, this is remedial. You know, this is something that, you know, we want to afford due process to people. And, you know, I mean, when I went to law school 40 years ago, it was always, you know, equity of horse forfeiture, and forfeiture was like the most extreme thing. And now it's just, here we are. Fast forward, and you're taking a boat from a fisherman who didn't do anything, anything wrong. I thought the question is, has he made a record that in federal court can be relied on to show that it's his boat? The district court concluded, no, given what the filing was. I haven't heard you say anything that suggests that part of the district court's ruling is wrong. I think there was sufficient evidence in the record. I mean, what else... What is in the English language that shows it's his boat? Judge, it's the... All the documents that are... I mean, the registration, there's a, I believe, a certificate of title for the... That was in Spanish when it was filed, correct? Okay. Yeah. So you have a second argument, which is even if that's true, you should have been given a chance to concur it. Exactly. And it was never raised in the district court. The government never raised the Jones Act. Did it not? Did not. Absolutely 100 percent. Did not. It's not an affirmative defense. The court... Again, there's case law from the circuit. The Jones Act is clear. It has to be in English. But this is to your point about why you should have the chance to have the amendment. Because it wasn't evident to you that was going to be a source of contestation. Correct. Correct. If the court said, hey, this is not in English, we would just get translations. I mean, you have to understand, it's really just to get your foot in the door. I mean, you don't put your whole... I mean, it's not just... You have to file something that shows you are a person who owns the boat. And he did. And he swore under oath. You know, it's not... See, it's not... You know, I understand, you know, when you're talking about boats and cars and airplanes, you know, these are things that are titled and they show there's a record of the transfers. You know, this is not like jewelry or artwork. Oh, yeah, that's mine. You know, there's no... You have to show how you came into that, you know. And he did. He had the... He showed that the man that he bought it from bought it at an auction in 2015. And am I right, you have authority... There's no authority from our circuit addressing whether there was an obligation to permit... Whether it was an abuse of discretion not to give you a chance to amend? Well... The Seventh Circuit case you're relying on, is that right? Yeah, Faroon, I believe it is. And there's the other case where the wife, you know, barely made a... It was argued that the petition wasn't sufficient. The district judge said, look, okay, why don't you do some discovery and, you know, come back in three months. And they did. And it turned out that the property or whatever was bought after the indictment date. So she lost. I mean, that's all really that should have happened. I mean, to never have a hearing, ever have a hearing on a boat that is named an indictment with your registration, you wait, you know, till everybody pleads guilty and everybody gives up their right to it. Nobody else comes forward for the boat. And a pro-state guy comes into the thing and he figures, well, I'll attach my receipt for the Suzuki engine. I'll attach this. I'll attach that. I'll attach that. And then, oh no, that's not enough. I mean, it's just something, you know, justice, you know, not only needs to be done, but it needs to appear to be done, you know. What do litigants look like when they see this and they just get knocked out of court after four years of trying to get, I mean, he did everything as best he could. And there was nothing here that was incurable. Both the government and the petitioner agreed, okay, let us amend. That's in their motion to dismiss. And then the judge issues this order that really didn't even make much sense and didn't even really explain herself. What were the grounds in the motion to dismiss filed by the government? Was the Jones Act issue mentioned or that was not mentioned? Not mentioned at all. It was just on the merits. On the merits. It was basically that there wasn't sufficient showing that it was his vote. And is that because the timing was missing? Yes, in other words, it didn't show that he, even though the registration shows he bought it and it was transferred to him in 2017, the indictment starts in 2019, they argued that it didn't show how he came into possession of it. That was the problem. That's why he went and got the record from the auction where the previous owner bought it and then the transfer from the previous owner so they have everything they can to, you know, to investigate. I mean, again, the man is. Just so I get this point, aside from the English language, Spanish language issue, the gap the district court identifies as to ownership that's related to the timing is what? The gap is at least two years. In other words, the boat was acquired in 2017. By your client? By my client. 2015 by previous owner, 2017 by my client, and then 2019 is the earliest date in the criminal indictment. And yet the district court thought there was some question as to whether 2017 meant it was your client's boat. Because why? I'm not sure what the district court was in her mind because it didn't really make sense. I think she confused it with a claim by another defendant, criminal defendant, or the wife of a criminal defendant that was named Perez. Okay. Thank you. You have two minutes. Thank you. Good morning, Your Honors, and may it please the Court, I'm Jacob Larson for the United States. We ask that this Court affirm the district court's order denying David's petition and its final forfeiture order. To address just a couple points that were raised previously, first, that the government did not or that the government did seek leave to amend, the primary thing that the government sought was a motion to dismiss when it filed its motion to dismiss. It also, you can call it extending an olive branch, whatever metaphor you want to use to say that the could be leave to amend because it perhaps saw David as a pro se litigant, although as was pointed out on appendix page 136, footnote three, there's some questions whether that's true. And it was within the court's discretion to grant leave to amend. The government doesn't contest that. But its primary request was a motion to dismiss. Was there any good reason that you can think of not to allow a motion to amend? Leave to amend? What is the good reason? Because it protects the statutory timing requirement under section 853. Section 853N is essential to protecting the private property rights of American citizens. That would mean you could never give a leave to amend. The court has a discretion to give leave to amend. Given that there's discretion, the answer can't be don't use your discretion because it would undermine the timing. Then you would never exercise the discretion. Yet the government suggested you wouldn't oppose a leave to amend in your response, right? In the response, yes. So I'm just, is there some good reason for not exercising it beyond just the fact that obviously it would extend the time if you allowed a leave to amend? But is there some reason other than that? In this instance, David had an opportunity to cure the deficiencies. His response was again deficient. When was the opportunity? When he responded to the government's motion to dismiss. But in that, you had suggested he could amend, and he said if this isn't enough, then I can amend. The government did offer that at that point, and David's response was deficient. But he said I don't need to effectively because what I've given is enough, but if not, I'd like to amend. And you seem to be on the same page as that. So is there some reason for the district court to say, nonetheless, it's too late? Well, at this point, third time's the charm is not in the statute. The district court made its determination based off what was in David's response to the motion to dismiss. And if I understand it, the deficiency, you didn't raise a Jones Act problem. So you were treating it effectively, even if the district court was right to say you can't, that the Spanish language documents were evidence of what they purported to be. And yet the government's position was it still wasn't enough, right, because there was a gap in timing. He didn't describe the circumstances of his acquisition. And so just help me understand what the idea is there. If I understand the record, if we took the Spanish language documents for saying what they are, which was the government's approach, and I'm saying this in part to understand what to think about the leave to amend. What he would have to do is make out a claim under N6A that he had a superior interest to the government at the time of the crime. And that doesn't have to be a lot. The threshold isn't high. But his documents on his account, which the government wasn't disputing, was that he got the vote in 2017? Yes. And the crime is 2019? Yes. So what is it that he hasn't shown that suggests somehow when he got it in 2017 that wouldn't give him superior claim? I can't speculate, but there could have been a change in the title transfer. We don't know where he exactly got it, like what was happening. Why would you need to know where he got it from? Because there could be circumstances that are relevant to the crime, where this is a part of a criminal investigation. He could have perhaps, in this case, the most valuable part of a vote is like the motor, and we don't know, for example. I'm just curious, from the government's perspective, let's say I have a vote. I show you I got title to the vote in 2017. You're now charging a crime in 2018. That's all the record shows. The government has put forward nothing to indicate that I was somehow working with the criminal enterprise that's causing the basis for the forfeiture claim in the first place. I just showed I got it before you've charged any crime happened. The position of the government, that's still not enough? I have to do something more? What would I have to do? For purposes of 853, you have to provide a description of the circumstances. And again, this could just be a couple of sentences. Just give me a sense. What do you have in mind? For example, I purchased, so we're talking about like an auction. I purchased this vote at an auction in Santa Fe, New Mexico. As opposed to just saying I have title. Yes, title alone is insufficient. Title alone is insufficient. Okay, and so in this instance, was there then evidence put in the record about the auction or not? There was evidence that was in Spanish language that was not translated. Of the auction? I think there was also additional evidence of prior purchase. This auction was for the prior owner, I believe. That was, I think, in English language, or it was in English language. But the relevant documents here proving David's ownership, or so he alleges, were in untranslated Spanish. Let me ask. For purposes of court, when the documents get filed, they have to be in English. We all know that. But at the U.S. Attorney's, most defense attorneys, everybody speaks Spanish. So I'm sure somebody from the U.S. Attorney's Office could have seen the documents and read them in Spanish, understood them, and they see something's missing. Because, again, we're dealing with a pro se claimant. Well, first, not necessarily pro se. And, again, I point to Appendix Page 136, Footnote 3. Second, even if it is pro se. In this instance, it is the duty of the court to see that the documents are in English. That's the courts, as this court has held in Pacheco, for example. And I point to that case because in that instance, there's a double jeopardy case and there was a lower Puerto Rico court decision. And I would guess that the court in that instance would have been able to understand what was going on in that Puerto Rico court decision, even if it's in Spanish, and could not consider. Does the district court address the leave to amend issue in its final order? It does not address it. It does not provide extensive rationale. So what would be the problem with vacating for the district court to address the leave to amend issue? It would contravene the statutory time requirement. How would it? I thought you said that they have discretion to do that, so it doesn't contravene it. It protects the statutory time requirement. It may not be flatly prohibited. I'm asking a different question. Both the government and the other attorney raise the prospect of a leave to amend. At least from what I'm hearing, it's not evident to me what the good reason is in this circumstance for not allowing that. The district court, in disallowing it, doesn't address that question. Is there some reason not to give the district court a chance to address it so we would know whether it thought about it, had a good reason to do it, et cetera? Simply that the question is whether it abuses discretion in doing so. That's the question being asked before this court. Well, what reason would you say we should defer to for it not having done so? That David failed twice to satisfy the requirements of the statute, that the statute is essential to protecting private property rights for making baseless claims. The twice is what, in the initial filing and then in the response to the motion to dismiss? Yes. But both parties are suggesting maybe leave to amend should be granted. Am I correct? In that first instance, before the district court's order, the government, second to its motion to dismiss, suggested that a leave to amend would be appropriate. That doesn't mean that that's the government's position now. It doesn't mean it was its primary position then. And the district court did not abuse its discretion. But we don't have a – one, sometimes what we do is we say, oh, if the district court hasn't said why it did something and the government has made an argument for it to have done something, we sometimes will say, well, you can infer the district court must have been agreeing with the government here. We can't do that here, right? Well, perhaps be in your discretion to do so. Well, if we say they agreed with the government, then they should have allowed the leave to amend. I don't – I think the government – what the government said below was offering that because – But gave no reason to deny leave to amend, correct? That's not a criticism. That's just a fact. It gave no reason. Yeah. So what reason do we have to understand why the district court did what it did? On this record, you couldn't say, well, it must have been doing what the government argued it should do. Because it didn't do what the government argued it should do. No, but there are other cases that we've cited where the courts deny leave to amend, like Welch. This is something that the circuits have done when there is insufficient petitions. And on that basis, the court did not abuse its discretion in doing so. Last question, and this is kind of hard to – is the government's position that the untranslated – that the translated versions of the documents would still be insufficient? Has it made that clear? Or is its position that at least given the record of what's in English, it's not enough? We describe in our brief, even if they're translated, even if this court could somehow consider them, it would be insufficient because there's just not enough details about the circumstances. And that gets to what I described previously, the purchase the boat in Santa Fe type sentence that would be sufficient under a 12-leaf ball standard. That just isn't here. Okay, thank you. Thank you. Thank you, counsel. At this time, would counsel for the appellant please reintroduce himself on the record? He has a two-minute rebuttal. Yes, again, George Powles on behalf of the appellant. I think the court has a pretty good idea. 224, which is the exhibit, is the auction notes or calendar, if you will. That from the 2017 acquisition? No, that was 2015. Yes, so the question is when he got it in 2017, is there anything in the record about the circumstances of that acquisition? A hundred percent, Judge. It's the document, it's the certificate of numeration. That just shows that he had it. No, that it's registered. I'm not familiar with all the – No, no, but did you hear the government's position is that there needs to be something that explains the circumstances by which your client acquired it in 2017. Not that he acquired it, but the circumstances by which he did. I'm just asking, is there anything in the record that indicates that? That he acquired it in 2017 from the person that bought it at auction in 2015. It was a private sale. That's all it shows. But, I mean – Well, I mean, he makes an argument, you make an argument, and we decide what to do. But, I mean, we can speculate all day, but, I mean, that's the purpose of an evidentiary hearing is to present evidence. You know, I mean, the question, the way I see it, is was there enough to at least give the man a hearing? In your request to leave to amend, did you spell out what it is you wanted to do in response? I just reiterated that the government offered that would be an option, and I think that alternatively, I think that would be the best way to do it. I'm just trying to figure, what would you amend, what would you add? Well, I added in the response to the motion to dismiss, I added the auction and the transfer from the owner – Right, and that was not a title change. That was like some kind of receipt. I got it. Okay, thank you. Okay, thank you. Counsel, that concludes argument in this case.